UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| William Spencer, et al., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. Department of Transportation, et al., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

NOTICE OF REMOVAL OF CIVIL ACTION

Defendant United States of America, by its attorney, Jane E. Young, United States Attorney for the District of New Hampshire, removes the above-captioned case for the following reasons:

1.  The United States of America, on behalf of the United States Department of Transportation, is a named defendant in an action now pending in the Belknap Superior Court in Laconia, New Hampshire, entitled <u>William Spencer, et al. v. U.S. Department of Transportation, et al.</u>, No. 211-2022-CV-00228.   No hearings have been scheduled in this matter.

2.  Plaintiff commenced this action against the United States Department of Transportation by filing a Complaint with the Belknap Superior Court on November 16, 2022. See Summons, Notice and Complaint, attached as Ex. A.   The United States received notice of this action on December 15, 2022.

3.  This removal is brought pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.   The state court action is a complaint in connection with acts allegedly done by named Defendants, including the United States Department of Transportation, a department of the United States of America.

Therefore, this action now pending in the Belknap Superior Court is properly removed from that court to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

        Respectfully submitted,

        JANE E. YOUNG
        United States Attorney


        By:   /s/ Michael McCormack
        Michael McCormack
        Assistant U.S. Attorney, NH Bar No. 16470
        United States Attorney's Office
        53 Pleasant Street, 4th Floor
        Concord, NH   03301
        (603) 225-1552
        Michael.McCormack2@usdoj.gov

Dated:   January 17, 2023