UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| William Spencer, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. Department of Transportation, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF FILING OF
NOTICE OF REMOVAL OF CIVIL ACTION

TO:   Abigail Albee, Clerk of Court
      Belknap Superior Court
      64 Court Street
      Laconia, NH   03246

      Keith A. Mathews, Esquire
      1000 Elm Street, Suite 800
      Manchester, NH   03102

Please take notice that on January 17, 2023, Jane E. Young, United States Attorney for the District of New Hampshire, filed with the Clerk of the United States District Court for the District of New Hampshire, a notice of the removal of the above-entitled action. A copy of the notice is attached.

                    Respectfully submitted,

                    JANE E. YOUNG
                    United States Attorney


                    By:   /s/ Michael McCormack
                    Michael McCormack
                    Assistant U.S. Attorney, NH Bar No. 16470
                    United States Attorney's Office
                    53 Pleasant Street, 4th Floor
                    Concord, NH   03301
                    (603) 225-1552
                    Michael.McCormack2@usdoj.gov

Dated:   January 17, 2023