

**U.S. Department of Justice**

*Jane E. Young*
*United States Attorney*
*District of New Hampshire*

---

Federal Building (603) 225-1552
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301

January 17, 2023

Abigail Albee, Clerk of Court
Belknap Superior Court
64 Court Street
Laconia, NH  03246

    Re:    <u>William Spencer, et al. v. U.S. Department of Transportation, et al.</u>
            Case Number:  211-2022-CV-00228, Belknap Superior Court

Dear Clerk Albee:

    Rule 81.1(c) of the Rules of the United States District Court for the District of New Hampshire states that a party filing a notice of removal of an action from a state court to a Federal District Court must, within 10 days, also file a certified or attested copy of all records and proceedings of that state court and a certified or attested copy of all docket entries of that state court.  Accordingly, I am requesting that you mail to this office a certified or attested copy of all papers on record and a list of the docket entries in the above-captioned case.  Only one certification is needed for the entire package, I do not need certification of individual pages.

    If there is a charge for this, please bill this office, including on the bill your tax identification number.

                                              Sincerely,

                                              JANE E. YOUNG
                                              United States Attorney

                                              By:  <u>/s/ Michael McCormack</u>
                                              Michael McCormack
                                              Assistant U.S. Attorney

    cc:    Keith A. Mathews, Esquire