UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| William Spencer, et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. Department of Transportation, et al, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 1:23-cv-00022-JL |

## STATE DEFENDANTS' MOTION TO DISMISS

Defendants Michael Doran, individually, William Burke, individually, Kenneth Chaput, individually, Stephen Kace, individually, and David Hilts, individually (collectively "State Defendants"), through their counsel, the Office of the Attorney General, respectfully submit this Motion to Dismiss, pursuant to Fed. R. Civ. P 12(b)(6).

1. On or about November 16, 2022, the Plaintiffs, William Spencer, and Spencer Brothers LLC, filed a complaint in the Belknap County Superior Court of New Hampshire. On January 17, 2023, the Federal Defendants[1] filed a notice of removal.

2. The Complaint alleges one count of malicious prosecution against the United States Department of Transportation and various state and federal employees. (ECF Doc. No. 4 at 15–47.)

---

[1] "Federal Defendants" refers to: (1) United States Department of Transportation; (2) Steven Piwowarski; (2) Douglas Wood; (3) Christopher Gray; (4) Cynthia Campise; and (7) Todd Damiani.

1

3. Pursuant to Fed. R. Civ. P. 12(b)(6), the Complaint should be dismissed because it fails to state a claim upon which relief could be granted.

4. "In order to prevail on a civil malicious prosecution claim, the plaintiff must prove: (1) that he was subjected to a civil proceeding instituted by the defendant; (2) without probable cause; (3) with malice; and (4) that the proceedings terminated in the plaintiff's favor." Paul v. Sherburne, 153 N.H. 747, 749 (2006).

5. Count I should be dismissed because it fails to allege a viable malicious prosecution claim against any of the State Defendants. More specifically, the Complaint fails to allege facts to establish that the State Defendants initiated FMCSA's civil penalty proceedings against Spencer Bros LLC. Further, the Complaint fails to establish a lack of probable cause.

6. This motion seeks to dismiss any and all claims against the State Defendants.

7. Pursuant to Local Rule 7.1(a)(2), a supporting memorandum of law is filed herewith.

8. Pursuant to Local Rule 7.1(c), concurrence has not been sought given the dispositive nature of this Motion.

WHEREFORE, for the reasons stated herein, as more fully set forth in the accompanying memorandum of law, the State Defendants respectfully request that this Honorable Court order as follows:

A. Dismiss the Complaint against all State Defendants; and

B. Grant such other and further relief as justice may require.

Respectfully submitted,

MICHAEL DORAN,
WILLIAM BURKE,
KENNETH CHAPUT,

STEPHEN KACE,
DAVID HILTS,
IN THEIR OFFICIAL CAPACITIES

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

Date:  February 6, 2023

/s/ *Christina M. Wilson*
Christina M. Wilson, NH Bar #268533
Assistant Attorney General
New Hampshire Attorney General's Office
Transportation and Construction Bureau
33 Capitol Street
Concord, NH  03301-6397
(603) 271-3675
Christina.M.Wilson@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2023, a copy of the foregoing was served via ECF on all counsel of record.

/s/ Christina M. Wilson
Christina M. Wilson, Bar. No. 268553

3