# EXHIBIT C

UNITED STATES DEPARTMENT OF TRANSPORTATION
OFFICE OF HEARINGS
WASHINGTON, DC

IN THE MATTER OF

SPENCER BROS., LLC
USDOT NO. 2901481

DOCKET NO. FMCSA-2016-0386
FMCSA CASE NO. NH-2016-0030-US1395
(Federal Motor Carrier Safety Administration)

## NOTICE OF WITHDRAWAL

The Regional Field Administrator for the Federal Motor Carrier Safety Administration (FMCSA) Eastern Service Center, through his representative, hereby notifies the Assistant Administrator that he has withdrawn the Notice of Claim in this matter.

The Regional Field Administrator respectfully requests the matter be dismissed and the docket closed.

_____
Cynthia P. Campise
FMCSA Office of Chief Counsel
Eastern Service Center
31 Hopkins Plaza, Suite 800
Glen Burnie, MD 21061
(443) 703-2263 (Telephone)
(443) 703-2253 (Facsimile)
*Counsel for Field Administrator*

## CERTIFICATE OF SERVICE

This is to certify that on the 9th day of September 2021, the undersigned mailed or delivered, as specified, the designated number of copies of the forgoing document to each of the parties listed below.

| | |
|---|---|
| The Honorable J. E. Sullivan<br>Administrative Law Judge<br>U.S. Department of Transportation<br>Office of Hearings, M-20<br>1200 New Jersey Avenue, S.E. (E11-310)<br>Washington, DC 20590 | One Copy<br>Electronic Mail to:<br>M20.HrgDocs@dot.gov and<br>United Parcel Service |
| Cynthia Campise<br>FMCSA Office of Chief Counsel<br>31 Hopkins Plaza, Suite 800<br>Baltimore, MD  21201 | One Copy<br>Electronic Mail to:<br>Cynthia.campise@dot.gov |
| Keith A. Matthews<br>Associated Attorneys of New England<br>P O Box 278<br>Manchester, NH  03104 | One Copy<br>First Class Mail and<br>Electronic Mail to:<br>keith@aaone.law |

_____
Maresa Goggins