## NOTICE OF DISMISSAL OF CASE UNDER FED. R. CIV. PRO. 41(a)(1)(A)(i)

Counsel hereby notices dismissal under Rule 41(a)(1)(A)(i).

1. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. No Answer or Motion for Summary Judgment has been filed.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, all causes pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *without prejudice*.

Respectfully submitted, this 21st day of February 2023.

/s/ Keith A. Mathews
Keith Mathews, Esq.
NH Bar 20997
AWP Legal
1000 Elm Street, Suite 800
Manchester, NH 03105
Tel: (603) 622-8100
Fax: (888) 912-1497

## CERTIFICATION OF SERVICE

I hereby state that on this date the foregoing was served on all parties through the CMECF all other parties served through first class mail.

/s/ Keith Mathews
Keith Mathews

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| William Spencer, et al.<br><br>      Plaintiffs,<br><br>vs.<br><br>U.S Department of Transportation, et al,<br>      Defendants. | Case No. 1:23-cv-22-JL |